**MEMO ENDORSED**

**NORTON ROSE FULBRIGHT**

February 9, 2026

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022

**By Electronic Filing and Email**

The Hon. Katherine Polk Failla, U.S.D.J.
Failla_NYSDChambers@nysd.uscourts.gov

Thomas J. McCormack
thomas.mccormack@nortonrosefulbright.com

Re:    *Pentacon BV, et al. v. Guy Vanderhaegen, et al.*, Case No. 23-cv-02172-KPF

Dear Judge Failla:

Pursuant to Rules 9(B)(i) and (C)(i) of Your Honor's individual rules and Paragraph 3.1.6 of the Confidentiality Stipulation and Protective Order entered by this Court on May 23, 2024 (ECF No. 68) (the "Protective Order"), defendants hereby request leave to file under seal (i) Exhibits B to D, F, and H to S to the Declaration of Thomas J. McCormack that defendants filed today in support of their motion to strike plaintiffs' jury demand; and (ii) an unredacted copy of defendants' memorandum of law in support of that motion to strike plaintiffs' jury demand.

Exhibits L to S are copies of email and WhatsApp correspondence that plaintiffs produced and designated as "Confidential Information" under the Protective Order by stamping it with the words "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER." Exhibits B to D, F, and H to K are copies of excerpts of deposition transcripts that plaintiffs designated as "Confidential Information" under the Protective Order. Defendants' redactions to the copy of their memorandum of law filed today on the public docket are limited to statements that quote or otherwise disclose the substance of the above exhibits.

Defendants bring this letter motion to comply with Paragraph 3.1.6 of the Protective Order and, as contemplated thereby, to permit plaintiffs as "Designating Party" with the opportunity to file a letter within seven (7) days that provides the information required by Rules 9(B)(i) and/or (C)(i) of Your Honor's individual rules, in support of continued sealing of Exhibits B to D, F, and H to S, and of continued redaction of defendants' memorandum of law. Accordingly, defendants respectfully request leave to file Exhibits B to D, F, and H to S to the Declaration of Thomas J. McCormack and defendants' unredacted memorandum of law under seal pending plaintiffs' filing of such a letter and the Court's determination of whether to approve continued sealing and/or redaction thereof.

Thank you for the Court's attention to this matter.

Respectfully submitted,

*/s/ Thomas J. McCormack*

Thomas J. McCormack

cc: All Counsel of Record (by electronic filing)

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

Application GRANTED.

The Clerk of Court is directed to maintain under seal, viewable only to the parties and the Court, (i) Exhibits B to D, F, and H to S to the Declaration of Thomas J. McCormack (Dkt. #116) and (ii) an unredacted copy of Defendants' memorandum of law in support of their motion to strike Plaintiffs' jury demand (Dkt. #119).

The Clerk of Court is directed to terminate the pending motion at docket entry 118.

Dated:      February 10, 2026          SO ORDERED.
            New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE